**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| GWENDOLYN PRATER, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:23-cv-00053 |
| | § | |
| SHARK OPERATING LLC, | § | |
| | § | |
| Defendant. | § | |

**CONDITIONAL DISMISSAL ORDER**

The Court has been advised that a settlement has been reached between the parties. *See* Dkt. 32. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, unless any party represents in writing filed with the Court on or before October 9, 2024, that the settlement could not be completely documented.

The docket call scheduled for January 24, 2025 is cancelled.

SIGNED this 9th day of September 2024.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE